IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JARED HIGGS, individually and
as special administrator of the estate
of Heather Higgs, deceased                                                                         PLAINTIFF

v.                                         Case No. 4:16-cv-4079

PNK, INC. and JERRY FREEMAN                                                               DEFENDANTS

### ORDER

Before the Court is an Amended Motion to Intervene[1] (ECF No. 16) filed by Vincent Keith Hardage ("Hardage"). Hardage seeks to intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure. No response to the motion has been filed, and the time to do so has passed. The Court finds this matter ripe for consideration.

Hardage contends that he has a stake in the outcome of this litigation because he suffered severe personal injury and property damage in the same chain of events in which Heather Higgs was killed. Upon consideration, the Court finds that the Motion to Intervene (ECF No. 16) should be and hereby is **GRANTED. Hardage is ordered to file his Complaint in Intervention conventionally, within seven (7) days of the entry of this Order.**

**IT IS SO ORDERED**, this 13th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] On January 19, 2017, Vincent Keith Hardage filed a motion to intervene. (ECF No. 14). On January 27, 2017, he filed an amended motion to intervene, correcting typographical errors found in the initial motion.