UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JARED HIGGS, INDIVIDUALLY and as
SPECIAL ADMINISTRATOR OF THE
ESTATE OF HEATHER HIGGS, DECEASED                        PLAINTIFF

and

VINSON KEITH HARDAGE                                     INTERVENOR-PLAINTIFF

v.                       NO. 4:16-cv-04079-SOH

PNK, INC. and JERRY FREEMAN                              DEFENDANT

NOTICE OF SETTLEMENT AND MOTION TO TERMINATE DEADLINES

Plaintiff, Jared Higgs, Individually and as the Special Administrator of the Estate of Heather Higgs, Deceased and Defendants PNK, Inc. and Jerry Freeman have reached a settlement in this matter.

Jared Higgs was appointed Special Administrator of the Estate of Heather Higgs, Deceased on August 23, 2016 in the Circuit Court of Nevada County, Arkansas, Probate Division; Cause No. P-16-69-1. Thereafter, the Probate Court appointed David Carter as attorney ad litem for H.C.G., the minor child. *Exhibit A*. Therefore, it is requested that this Court terminate all deadlines pending the Circuit Court's order approving settlement and distributing the settlement proceeds among the wrongful death beneficiaries. ARK. CODE ANN. 28-49-104 and 16-62-102.

                                          Respectfully Submitted

                                          By:  /s/ *Matthew F. Golden*
                                                    Matthew F. Golden
                                                    State Bar # 2007104

        MATTHEW GOLDEN LAW FIRM, PLLC
        723 Main Street
        Texarkana, Texas 75501
        Telephone:    (903) 791-0439
        Facsimile:    (903) 792-5073
        Email: matt@mattgoldenfirm.com


        ATTORNEY FOR PLAINTIFF


CERTIFICATE OF SERVICE

    I, Matthew F. Golden, hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following attorneys of record on this the 18th day of July, 2017:

Scott M. Strauss
Barber Law Firm, PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201-3483

Roy L. Stacy
Stacy, Conder, Allen, LLP
6200 Bank of America Plaza
901 Main Street
Dallas, Texas 75202

Brent Landgon
Langdon ★ Davis, LLP
5902 Summerfield, Suite A
Texarkana, Texas 75503


        /s/ *Matthew F. Golden*
        Matthew F. Golden

IN THE CIRCUIT COURT OF NEVADA COUNTY, ARKANSAS
PROBATE DIVISION

IN THE MATTER OF THE ESTATE OF
HEATHER HIGGS, DECEASED

Cause No. P-16-69-1

## APPOINTMENT OF ATTORNEY AD LITEM

After review of this cause, the Court finds it necessary to appoint an Attorney Ad Litem on behalf of Harley Clancy.

The Court appoints W. David Carter, as Attorney Ad Litem for the minor child, Harley Clancy.

This appointment shall be effective immediately and shall remain in effect until this Estate is closed or until further order of the Court.

SIGNED this the 7 day of September, 2016.

_____
CIRCUIT JUDGE PRESIDING

*Appointment of Guardian Ad Litem*

**EXHIBIT A**

FILED
SEP 1 2 2016
Julie Atchton (?)
County Clerk