IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JARED HIGGS, individually and
as special administrator of the estate
of Heather Higgs, deceased                                                            PLAINTIFF


VINSON KEITH HARDAGE                                                                  INTERVENOR


v.                          Case No. 4:16-cv-4079


PNK, INC. and JERRY FREEMAN                                                           DEFENDANTS


## ORDER

Before the Court is Plaintiff Jared Higgs' Notice of Settlement and Motion to Terminate Deadlines. (ECF No. 29). The Court has been informed that the parties have settled all claims in this matter. In light of that fact, Plaintiff moves the Court to terminate all deadlines in this matter pending the Circuit Court of Nevada County, Arkansas approving of the settlement and distributing the settlement proceeds among the wrongful-death beneficiaries.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Plaintiff's motion (ECF No. 29) is hereby **GRANTED**. All remaining deadlines in Court's Final Scheduling Order (ECF No. 17) are hereby lifted. The parties are directed to file appropriate dismissal materials with this Court within thirty (30) days of the date of entry of the Circuit Court of Nevada County, Arkansas's order granting approval of the settlement and distributing the settlement proceeds. In the meanwhile, the parties are directed to file a status report with the Court every sixty (60) days. The parties may send their status report in electronic form to sohinfo@arwd.uscourts.gov.

**IT IS SO ORDERED**, this 26th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge