IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JARED HIGGS, individually and
as special administrator of the estate
of Heather Higgs, deceased                                                    PLAINTIFF

VINSON KEITH HARDAGE                                                    INTERVENOR

v.                              Case No. 4:16-cv-4079

PNK, INC. and JERRY FREEMAN                                              DEFENDANTS

## **ORDER**

Before the Court is Intervenor Vinson Keith Hardage's Notice of Dismissal. (ECF No. 31). No party has responded, and the time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

Intervenor states that he has settled all claims against Defendants in this matter and requests that his claims be dismissed with prejudice. Federal Rule of Civil Procedure 41 governs the dismissal of actions. Rule 41(a) expressly provides for the voluntary dismissal of an action by the plaintiff or by court order in subsections (a)(1) and (a)(2), respectively. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by court order at the plaintiff's request, on terms the court considers proper.

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Intervenor's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action

upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 10th day of July, 2018.

/s/ Susan O. Hickey  
Susan O. Hickey  
United States District Judge
