UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JARED HIGGS, INDIVIDUALLY and as
SPECIAL ADMINISTRATOR OF THE
ESTATE OF HEATHER HIGGS, DECEASED          PLAINTIFF

v.                NO. 4:16-cv-04079-SOH

PNK, INC. and JERRY FREEMAN                DEFENDANT

MOTION TO APPROVE SETTLEMENT, APPROVE ATTORNEY FEES,
AND DISTRIBUTE SETTLEMENT PROCEEDS

Jared Higgs, Individually and as Special Administrator of the Estate of Heather Higgs, ("Plaintiff") requests this Court approve the settlement with PNK, Inc. and Jerry Freeman; authorize Plaintiff to accept Allstate Insurance company's underinsured motorist ("UIM") insurance policy tender; approve attorney's fees to be paid for the settlement; and distribute the remaining settlement proceeds to the statutory wrongful death beneficiaries.

I.

1. On August 23, 2016, Plaintiff was appointed Special Administrator of the Estate of Heather Higgs. Thereafter, this lawsuit was brought against Defendants. Plaintiff and Defendants have agreed to settle this case–subject to Court approval–for $950,000.00.

2. Additionally, Heather Higgs had an UIM insurance policy with Allstate. Allstate has offered to tender the policy limits of thirty thousand dollars ($30,000.00). *Exhibit A*.

3. Plaintiff requests the Court approve the settlement with Defendants and authorize Plaintiff to accept Allstate's policy limits of $30,000.00. ARK. CODE ANN. § 16-62-102(g).

II.

4. Plaintiff entered into a contract with the Matthew Golden Law Firm, PLLC. The Contract entitles Matthew Golden Law Firm, PLLC to 40% of the recovery after expenses are reimbursed to Matthew Golden Law Firm. PLLC. However, Matthew Golden Law Firm, PLLC has agreed to greatly reduce its fee in this matter, and accept $30,000.00 as both reimbursement for expenses and fee recovery.

5. The statutory beneficiaries are surviving spouse, Jared Higgs, and the following :

|  |  |  |  |
|---|---|---|---|
| a. | H.C., a minor | Daughter | 3201 Stivers Blvd. Bryant, Arkansas 72022 |
| b. | Cynthia Beck | Mother | Highway 2149 Maud, Texas 75567 |
| c. | Jerry Beck | Father | Highway 2149 Maud, Texas 75567 |
| d. | Heath Beck | Brother | Highway 2149 Maud, Texas 75567 |

6. It is anticipated Cynthia Beck, Jerry Beck, and Heath Beck will each waive his/her right to receive any portion of the settlement proceeds. Therefore, Plaintiff requests the remaining settlement proceeds be apportioned between Jared Higgs and decedent's minor child, H.C, and that the Court take all step it deems necessary to protect and preserve the minor child's portion of the settlement.

III.

7. For these reasons, Plaintiff prays the Court:

    a. Approve the settlement between Plaintiffs and Defendants in the amount of $950,000.00;

    b. Authorize Plaintiff to accept the UIM tender in the amount of $30,000.00;

c.  Award attorneys fees and expenses in the amount of $30,000.00;

d.  Apportion the remainder of the settlement between Jared Higgs and decedent's minor child, H.C, and take all step it deems necessary to protect and preserve the minor child's settlement;

e.  Order any other relief to which Plaintiff may be entitled.

    Respectfully Submitted

    By: /s/ *Matthew F. Golden*
        Matthew F. Golden
        State Bar # 2007104

MATTHEW GOLDEN LAW FIRM, PLLC
723 Main Street
Texarkana, Texas 75501
Telephone:   (903) 791-0439
Facsimile:   (903) 792-5073
Email: matt@mattgoldenfirm.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

      I, Matthew F. Golden, hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following attorneys of record on this the 2nd day of August, 2018:

Scott M. Strauss  
Barber Law Firm, PLLC  
425 West Capitol Avenue, Suite 3400  
Little Rock, Arkansas 72201-3483

Roy L. Stacy  
Stacy, Conder, Allen, LLP  
6200 Bank of America Plaza  
901 Main Street  
Dallas, Texas 75202

Brent Landgon  
Langdon ★ Davis, LLP  
5902 Summerfield, Suite A  
Texarkana, Texas 75503

                                             /s/ *Matthew F. Golden*  
                                              Matthew F. Golden



Allstate. DFW Casualty
8711 N FREEPORT PKWY
IRVING TX 75063
You're in good hands.

Matthew Golden Law Firm, PLLC
723 MAIN ST
TEXARKANA TX 755015101

July 31, 2018

INSURED: HEATHER HIGGS
DATE OF LOSS: August 11, 2016
CLAIM NUMBER: 0424926517 JMW

PHONE NUMBER: 800-767-7619
FAX NUMBER: 866-447-4293
OFFICE HOURS: Mon - Fri 8:00 am - 5:30 pm

YOUR CLIENT(S): HEATHER HIGGS
Dear Matthew Golden Law Firm, PLLC,

This is a follow-up to our conversation earlier today, regarding our insured Heather Higgs. Per our conversation, we are prepared to offer our policy limits of $30,000 in order to settle our insured's claim. Please give me a call at the number below if you have any questions.

Sincerely,

*MARK WHITEMAN*

MARK WHITEMAN
800-767-7619 Ext. 8714536
Allstate Fire and Casualty Insurance Company

GENI001                                          0424926517 JMW       EXHIBIT
                                                                         A