IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JARED HIGGS, *Individually and as
Special Administrator of the Estate of*
HEATHER HIGGS, *Deceased*                                           PLAINTIFFS

v.                               Civil No. 4:16-cv-04079

PNK, INC. *et al*                                                                    DEFENDANTS

## **JUDGMENT**

Comes now the Court on this **23rd day of August, 2019**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** with prejudice, with costs to be assessed against the party incurring same.

**IT IS SO ORDERED.**

                                                                                                   /s/ *Barry A. Bryant*
                                                                                                HON. BARRY A. BRYANT
                                                                                                U.S. MAGISTRATE JUDGE